IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONES FAMILY PARTNERSHIP and
CLAUDE D. JONES,
     Plaintiffs,

v.                         Case No. 3:07cv304/WS/EMT

LAKETOWN WHARF, LLC., and
DOWD TITLE GROUP, LLC.,
     Defendants.
_____/

## ORDER

     This cause is before the court upon Plaintiffs' Motion to Amend Complaint and Incorporated Memorandum of Law (Doc. 25). Initially, the court notes that Plaintiffs' proposed amended complaint should have been filed and docketed separately rather than attached to Plaintiffs' motion as an exhibit. *See* N.D. Fla. Loc. R. 15.1 ("When leave is sought to amend a pleading pursuant to a motion, the motion and the proposed pleading shall each be filed and docketed separately. The proposed amended pleading shall not take effect unless and until the motion to amend is granted."). Notwithstanding this deficiency, the court will consider Plaintiffs' motion and the clerk shall be ordered to separately docket Plaintiffs' proposed amended complaint. However, before the court rules on this matter, Defendants shall have an opportunity to respond.

     Accordingly, it is **ORDERED**:

     1.    The clerk shall separately docket Plaintiffs' proposed amended complaint (Doc. 25, Ex. A).

     2.    Defendants shall respond to Plaintiffs' motion on or before **WEDNESDAY, DECEMBER 26, 2007**.

**DONE AND ORDERED** this 20<u>th</u> day of December 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**